UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CALVIN LEE GODDARD,

    Plaintiff,

V.

NICK ALEXAKOS, et al.,

    Defendants.

Civil Action No. 5: 16-215-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** that:

1.    The plaintiff's complaint [R. 1] and first and second amended complaints [R. 5, 11] are **DISMISSED WITH PREJUDICE** with respect to all issues raised in this proceeding.

2.    Judgment is **ENTERED** in favor of the defendants.

3.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated March 6, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY